UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 14-1650 JGB (KKx)** | Date | January 5, 2015 |
| Title | *Charles Mierkiewicz, et al. v. Temecula Valley Unified School District* | | |

| | |
|---|---|
| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present                            None Present

**Proceedings:**   ORDER To Show Cause re: Dismissal for Lack of Prosecution (IN CHAMBERS)

　　　Plaintiffs are ORDERED to show cause why this case should not be dismissed for lack of prosecution.  See Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

　　　Plaintiffs filed their Complaint against Defendant Temecula Valley Unified School District on August 10, 2014.  (Doc. No. 1.)  There is no proof of service on file with the Court as to Defendant.  Plaintiffs have failed to file a proof of service within 120 days of filing of the Complaint.  Plaintiffs can satisfy this order by showing that service was effectuated on Defendant within the 120-day deadline or by showing good cause for failure to do so.  See Fed. R. Civ. P. 4(m).

　　　Plaintiff must respond to this order by **January 19, 2015**.  Failure to respond to this order will be deemed consent to the dismissal of the action.

　　　**IT IS SO ORDERED.**